

**FILED**

Jan 30 2025

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY          s/ YC          **DEPUTY**

ORDERED UNSEALED on 1/31/2025    s/ BreanneC|

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JEREMIAH MANUYAG FLORES,<br><br>              Defendant. | Case No.    '25 CR254  LL<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 242 –<br>Deprivation of Rights Under Color<br>of Law; Title 18, U.S.C.,<br>Sec. 1519 – Falsification of<br>Records in Federal Investigation |

The grand jury charges:

Introductory Allegations

At all relevant times:

1.   Defendant JEREMIAH MANUYAG FLORES was a deputy at the San Diego County Sheriff's Office assigned to the Court Services Bureau at the San Diego Central Courthouse.

2.   J.P. was a 57-year-old pretrial detainee in the custody and care of the San Diego Sheriff's Office.

3.   On or about August 29, 2024, FLORES escorted J.P. to a holding cell following a court hearing.

4.   J.P.'s legs were chained together, and his hands were cross chained to his waist.

5.   FLORES, expressing frustration that J.P. did not move faster, grabbed the back of J.P.'s shirt with both hands and pushed J.P. faster down a hall.

CSA:nlv:San Diego:1/28/25

6.    Upon arriving at the door to J.P.'s holding cell, FLORES forcefully shoved J.P. from behind with both hands, causing J.P. to smash into the bench and walls and collapse to the ground.

7.    FLORES stated, "What? Nothing happened," then failed to immediately report the use of force to his supervisor or immediately write an official report documenting the use of force, in violation of the San Diego Sheriff's Office's Use of Force Policy.

8.    Approximately two hours later, a deputy discovered J.P. lying in the holding cell in the same location with a head wound and a pool of blood on the floor.

9.    As a result of the shove by FLORES, J.P. suffered a head wound and a spinal injury for which he underwent surgery and was hospitalized for months.

10.    Over an hour after the other deputy found J.P. in the cell and J.P. was taken to the hospital, FLORES wrote and submitted an Incident Report falsely describing what had occurred.

Count 1

11.    The introductory allegations in paragraphs 1 to 10 are incorporated.

12.    On or about August 29, 2024, within the Southern District of California, defendant JEREMIAH MANUYAG FLORES, while acting under color of law as a Deputy with the San Diego Sheriff's Office, willfully deprived J.P. of the right, secured and protected by the Constitution and the law of the United States, to due process of law under the Fourteenth Amendment, resulting in bodily injury to J.P.; in violation of Title 18, United States Code, Section 242.

//

//

2

Count 2

13.    On or about August 29, 2024, within the Southern District of California, defendant JEREMIAH MANUYAG FLORES, acting in relation to and contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, knowingly made a false entry in a record, specifically an Incident Report regarding the event involving J.P. that occurred at the San Diego Central Courthouse on or about August 29, 2024, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter, to wit:

■    FLORES wrote that he "instructed [J.P.] to step in J4 and again he pushed his weight back so, [FLORES] nudged him lightly and asked him to stay in the cell," when in truth and in fact, as FLORES then knew, he had not given J.P. such directions, and he had forcefully shoved J.P. from behind into a bench and walls;

■    FLORES wrote that "[J.P.] rushed forward and towards the cell bench and dropped on his knees and laid on the ground," when in truth and in fact, as FLORES then knew, he had forcefully shoved J.P. from behind, causing J.P. to smash into the bench and walls and collapse to the ground; and

■    FLORES wrote "no force was used," when in truth and in fact, as FLORES then knew, he had used force against J.P.;

All in violation of Title 18, United States Code, Section 1519.

DATED:    January 30, 2025.            A TRUE BILL:

TARA K. McGRATH
United States Attorney

By: _____
C. SETH ASKINS
Assistant U.S. Attorney

3