# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH MANUYAG FLORES,<br><br>Defendant. | Case No. 25-cr-254-LL<br><br><br>**VERDICT** |

We, the Jury in the above-entitled case, unanimously find the following:

### <u>COUNT ONE</u>

With respect to the charge in Count One of the Indictment, deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, we find the Defendant, **JEREMIAH MANUYAG FLORES**:

Not Guilty _____    Guilty ____✗____

## COUNT TWO

With respect to the charge in Count Two of the Indictment, falsification of records in a federal investigation, in violation of Title 18, United States Code, Section 1519, we find the Defendant, **JEREMIAH MANUYAG FLORES:**

Not Guilty _____          Guilty ___X_____

12-12-2025
DATED                                           FOREPERSON

VERDICT FORM                        2                   Case No. 25-cr-254-LL